UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKY PAUL SMITH,

        Plaintiff,

  v.

JAMES F. DAWSON et al,

        Defendant.
_____/

Case Number: CV07-04438 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ricky P. Smith
T-98778
San Quentin State Prison
San Quentin, CA 94964

Dated: September 18, 2007

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk