**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   RICK P. SMITH,                              No. C 07-4438 WHA (PR)

11              Plaintiff,                       **JUDGMENT**

12      v.

13   JAMES F. DAWSON,

14              Defendant.
                                        /
15

16        The court has dismissed this prisoner in forma pauperis complaint.  A judgment of

17   dismissal without prejudice is entered in favor of defendants.  Plaintiff shall take nothing by

18   way of his complaint.

19

20        **IT IS SO ORDERED.**

21

22   Dated:   September ___17___, 2007.

                                        WILLIAM ALSUP
23                                       UNITED STATES DISTRICT JUDGE

24
25
26
27
28   G:\PRO-SE\WHA\CR.07\SMITH,R4438.JUD.wpd